IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 15-cr-00203-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.   ATHANASIOS ADRIANAKIS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Andrianakis's Unopposed Motion for Reconsideration and Modification of Bond Conditions (docket no. 38) is GRANTED finding no objection by the Government or by Pretrial Services. Defendant Andrianakis's bond is a modified as follows. Defendant shall have a curfew from 7:00 p.m. to 7:00 a.m. instead of home confinement with limited exceptions.

Date: August 17, 2015